

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Brandy Smythe a/k/a Brandi
Lynn Smythe

Vs. No. 11-21-00238-CR

The State of Texas,

* From the 104th District Court
   of Taylor County,
   Trial Court No. 21096-B

* June 29, 2023

* Memorandum Opinion by Bailey, C.J.
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.